UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MELVIN CORDERO,<br><br>Defendant | Criminal No.      22cr10301<br><br>Violations:<br><br>Count One: Distribution of and Possession with Intent to Distribute Fentanyl and p-Fluorofentanyl<br>(21 U.S.C. § 841(a)(1))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Distribution of and Possession with Intent to Distribute
Fentanyl and p-Fluorofentanyl
(21 U.S.C. § 841(a)(1))

The Grand Jury charges:

On or about March 15, 2022, in Boston, in the District of Massachusetts, the defendant,

MELVIN CORDERO

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, and a mixture and substance containing p-fluorofentanyl, a Schedule I controlled substance and analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl.

All in violation of Title 21, United States Code, Section 841(a)(1).

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

1.    Upon conviction of the offense in violation of Title 21, United States Code, Section 841, set forth in Count One, the defendant,

MELVIN CORDERO,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2.    If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant - -

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

<u>FOREPERSON</u>

<u>Samuel R. Feldman</u>
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: November 10, 2022
Returned into the District Court by the Grand Jurors and filed.

<u>DEPUTY CLERK</u>