UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIM. NO. 22-cr-10301-RGS |
| | ) |
| MELVIN CORDERO, | ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING AND FOR ORDER**
**(assented to)**

NOW COMES the defendant, MELVIN CORDERO, and moves that the Court schedule a further detention hearing at a time convenient to it on Tuesday, December 6, or Wednesday, December 7, 2022, or subsequent date and time convenient to the Court.

The defendant requests that no decision be made on the issue of his detention until the further hearing. The defendant requests that a voluntary order of detention be entered on his behalf.

This motion is made with the assent of the government.

WHEREFORE, Mr. CORDERO requests the Court schedule a detention hearing for Tuesday, December 6, or Wednesday, December 7, 2022, defer decision on the issue of his detention, and enter a voluntary order of detention on his behalf.

Respectfully submitted,

MELVIN CORDERO,
By his attorney,

/s/Ian Gold

Ian Gold (BBO #665948)
185 Devonshire Street, Suite 302
Boston, MA 02110
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com

November 30, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, Nov. 30, 2022.

/s/ Ian Gold